UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LISA GREGG,

        Plaintiff,

v.                                                   Case No. 18-cv-766-pp

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration

        Defendant.

**ORDER APPROVING STIPULATION AND GRANTING MOTION FOR REMAND (DKT. NO. 20) AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

On February 27, 2019, the parties filed a joint stipulation and motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 20. The court **APPROVES** the stipulation, **GRANTS** the motion for remand and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, an Administrative Law Judge will offer the Plaintiff the opportunity for a hearing where she may testify and submit additional arguments and evidence. The ALJ will take further action to complete the administrative record. The ALJ will reevaluate the record, including reevaluation of opinion evidence. The ALJ will reevaluate the intensity, persistence, and functionally limiting effects of Plaintiff's symptoms

1

consistent with the applicable rules and regulations. The ALJ will proceed through the sequential evaluation process as needed reach a decision. If the evaluation reaches step four, the ALJ will reevaluate Plaintiff's residual functional capacity, and the ALJ will obtain vocational testimony as needed to support a decision consistent with the applicable rules and regulations. The ALJ will issue a *de novo* decision.

Dated in Milwaukee, Wisconsin this 28th day of February, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**